Argued July 27, affirmed July 27, 1972

STATE OF OREGON, *Respondent, v.* LLOYD
EARL EDDY (No. C-71-05-1449 Cr), *Appellant.*

498 P2d 834

*Gary D. Babcock,* Public Defender, Salem, argued
the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were Lee Johnson, Attorney General, and
John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and
FORT, Judges.

AFFIRMED FROM THE BENCH.